UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NESTOR M. PERALTA,
          Plaintiff,

v.

METRO NORTH COMMUTER RAILROAD,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 1081 (VB)

       As discussed at a conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

       1)     The deadline to complete all discovery is extended to July 7, 2021.

       2)     The parties are directed to discuss settlement in good faith. By no later than June 30, 2021, plaintiff's counsel shall submit a joint letter regarding the status of their discussions and whether there is anything the Court can do to assist in that regard.

       3)     The next status conference in this case is scheduled for July 14, 2021, at 10 a.m. Counsel shall attend by calling the following number and entering the access code when requested:

       **Number**: (888) 363-4749 (toll-free) or (215) 446-3662

       **Access Code**: 1703567

Dated: April 7, 2021
       White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti
United States District Judge