UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NESTOR M. PERALTA,
          Plaintiff,

v.

METRO NORTH COMMUTER RAILROAD,
          Defendant.
------------------------------------------------------------x

**ORDER**

20 CV 1081 (VB)

      As discussed at a conference held today, attended by counsel for both parties, it is HEREBY ORDERED:

    1)    The next status conference in this case is scheduled for October 13, 2021, at 2:00 p.m. Counsel shall attend by calling the following number and entering the access code when requested:

    **Number**:  (888) 363-4749 (toll-free) or (215) 446-3662

    **Access Code**:  1703567

    2)    By separate Order, the Court will refer this case to Magistrate Judge McCarthy for a settlement conference.

Dated: August 25, 2021
       White Plains, NY

SO ORDERED:

*Vincent L. Briccetti* (signature)
Vincent L. Briccetti
United States District Judge