UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NESTOR M. PERALTA,
          Plaintiff,

v.

METRO NORTH COMMUTER RAILROAD,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 1081 (VB)

    The parties are advised that the tentative trial start date of February 22, 2022, is re-scheduled to February 24, 2022. **To be clear, jury selection and trial are now scheduled to begin on February 24, 2022, at 9:30 a.m.** This is a firm date.

    The final pre-trial conference remains scheduled for February 3, 2022, at 2:30 p.m., in person at the Courthouse (Courtroom 620).

    All other dates and deadlines set forth in the October 13, 2021, Order remain the same. (Doc. #38).

Dated: December 8, 2021
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge