UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NESTOR M. PERALTA,                        :
               Plaintiff,               :
                                          :
v.                                        :
                                          :
METRO NORTH COMMUTER RAILROAD,            :
              Defendant.              :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/22

**ORDER**

20 CV 1081 (VB)

As discussed at a conference held today, which counsel for both parties attended by telephone, it is HEREBY ORDERED:

1.     The trial scheduled to commence on February 24, 2022, is <u>cancelled</u>.  Jury selection and trial are now tentatively scheduled to begin on July 18, 2022, at 9:30 a.m., absent further Court Order.

2.     A final pre-trial conference is scheduled for July 5, 2022, at 3:00 p.m. in Courtroom 620.

3.     The parties' revised proposed joint pretrial order is due is May 18, 2022.  (<u>See</u> Paragraph 4.A of the Court's Individual Practices).  If the parties do not wish to revise the joint pretrial order submitted on December 13, 2021 (Doc. #40), by May 18, 2022, they shall file a joint letter so indicating.

4.     Defendant's request to re-open plaintiff's deposition is GRANTED IN PART. Defendant may depose plaintiff for an additional two hours only.

5.     If the parties wish to have a settlement conference in front of Magistrate Judge McCarthy, they shall so advise her by letter.

Dated: February 3, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge